IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAWANIA B.<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner for Social Security | :<br>:<br>:<br>:<br>:  NO. 25-CV-3047<br>:<br>:<br>: |

**O R D E R**

AND NOW, this 30th day of January, 2026, it is hereby ORDERED that Claimant's Request for Review is DENIED, and JUDGMENT IS ENTERED in favor of Defendant;

The Clerk of Court is hereby directed to mark this case as CLOSED.


BY THE COURT:


*/s/ Scott W. Reid*

_____
SCOTT W. REID, J.
UNITED STATES MAGISTRAGE JUDGE